UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 17-318(5) SRN

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TEKHOLA TEMAR LE TRAPPS, )<br>)<br>Defendant. ) | **ORDER FOR APPOINTMENT**<br>**OF COUNSEL** |

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that Lee Johnson, Attorney ID 189935, a member of the CJA Conflicts Panel for the District of Minnesota is appointed under 18 U.S.C. § 3006A.

Dated:   November 25, 2020

s/Susan Richard Nelson
Susan Richard Nelson
United States District Court Judge